■ PATRICIA P. KEARNEY, Individually and as Executrix of ROBERT KEARNEY, Deceased, Respondent-Appellant, v GVGHA (GENESEE VALLEY GROUP HEALTH ASSOCIATION)—JOSEPH C. WILSON HEALTH CENTER, Respondent, and JAMES S. WILLIAMS et al., Appellants-Respondents.—Order unanimously affirmed, with costs to respondents *(see, Watkins v Fromm,* 108 AD2d 233). (Appeals from order of Supreme Court, Monroe County, Patlow, J.—summary judgment.) Present—Dillon, P. J., Hancock, Jr., Callahan, Pine and Schnepp, JJ. [125 Misc 2d 716.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAY K. F., Appellant.—Adjudication unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from adjudication of Genesee County Court, Morton, J.—youthful offender.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Pine, JJ.